**1214 GOODFELLOW vs. COMMON COUNCIL (Detroit), No. 14432; 102 M., 343. (Certiorari to Wayne.)**

To compel respondent to proceed to a hearing upon charges preferred against relator as a member of the Board of Fire Commissioners.

The circuit judge denied the application.

Affirmed November 1, 1894, on the ground that the indefinite action of the council is equivalent to a dismissal·of the charges.